IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-mc-00090-WYD

Request for International Judicial Assistance
From the Simmern/Hunsrück "Amtsgericht" Family Court, Germany
In the Family Matter of *Sarah Lynn Tarrant v. Mathew David Tarrant*, File No. 50 F 458/10

---

### EX PARTE ORDER UNDER 28 U.S.C. § 1782(a)

---

WHEREAS, the United States of America, through counsel, is seeking to obtain certain evidence in the form of responses to certain questions, from Mr. Matthew David Tarrant, for use in connection with a divorce action in the Simmern/Hunsrück "Amtsgericht" Family Court, Germany, No. 50 F 458/10;

NOW THEREFORE, good cause being shown, it is

ORDERED under 28 U.S.C. § 1782(a) and Fed. R. Civ. P. 30, 31, and 33, that Assistant United States Attorney Juan G. Villaseñor be and hereby is appointed as Commissioner to (1) take such steps as are necessary to obtain the evidence from Mr. Matthew David Tarrant; (2) submit the evidence to the Simmern/Hunsrück "Amtsgericht" Family Court, Germany; and (3) do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the Commissioner shall serve Mr. Matthew David Tarrant with a copy of this Order and the application.

Dated:   May 14, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE